IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KATHY ANN DIXON RIPPEE                                                  PLAINTIFF

             v.                  Civil No. 12-2032

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

**J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 6th day of February 2013.

                                                          /s/ *J. Marschewski*
                                                       HON. JAMES R. MARSCHEWSKI
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE